IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | ) |
| AN E-MACHINE T3998 COMPUTER, SERIAL NUMBER XDF5720005704, AND AN HP PAVILLION 522n COMPUTER, SERIAL NUMBER MX234A3121 | ) ) ) ) ) ) CASE NUMBER 09-M-6033-CJP **FILED UNDER SEAL** |

### ORDER

Upon motion of the United States of America, and the Court being advised that failure to seal the application in this matter could compromise and jeopardize an ongoing investigation and witnesses who have thus far provided information to the Federal Bureau of Investigation relative to the investigation, the Court hereby orders the Clerk of the Court to seal the Application for Search Warrant and the Search Warrant filed on this date by Special Federal Officer Mark Krug and orders the Clerk to maintain the application and warrant under seal until further order of the Court.

Date: 05/12/09

CLIFFORD J. PROUD
United States Magistrate Judge